Ezquerro Law Group
Fernanda Ezquerro, Esq.
California State Bar No. 299783
401 B Street, Suite 305
San Diego, CA 92101
(619) 674-3250
fernanda@ezquerrolawgroup.com

Attorney for Julio Alfredo Angulo Cifuentes

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   21CR-03608-CAB |
| Plaintiff, | |
| v. | **SENTENCING MEMORANDUM** |
| JULIO ALFREDO ANGULO CIFUENTES, | DATE: MAY 4, 2023 |
| Defendant. | TIME: 9:30 AM |

The Defendant, Mr. JULIO ALFREDO ANGULO CIFUENTES (hereinafter "Mr. Angulo"), by and through his attorney, Fernanda Ezquerro, pursuant to Local Criminal Rule 32.1(a)(5) hereby files the following memorandum in support of his sentencing.

///

///

///

///

///

## I.     INTRODUCTION

Mr. Angulo Cifuentes submits the following sentencing memorandum in support of his sentencing recommendation. Mr. Angulo Cifuentes respectfully requests a custodial sentence of fifty-seven months.

## II.     STATEMENT OF FACTS

The Offense Conduct section of the Pre-Sentence Report accurately reflects the facts in this matter. Mr. Angulo Cifuentes takes full accountability for his conduct and has expressed a great deal of remorse and shame.

## III.     INDIVIDUAL BEFORE THE COURT

Mr. Angulo Cifuentes was born and raised in Colombia by his mother and father. Tragically, his father passed away two years ago due to his age and the COVID-19 pandemic. Before his arrest, Mr. Angulo Cifuentes lived with his mother in Colombia. His mother suffers from a circulatory illness that makes her unable to provide for herself, she is only able to gather food from the local mangroves to support herself. She needs treatment every month or two to help manage the pain. Although his mother receives some help from the government for her medications, it does not cover all of the costs. Mr. Angulo Cifuentes and his family had to cover the remaining costs out of pocket. This places a significant financial strain on the family. Mr. Angulo Cifuentes has 10 biological siblings and two maternal half siblings. They all do the best they can to help and provide for each other. He remains close with his family members, and they are extremely supportive of him in this instant offense. (Exhibit A).

For the entirety of his life, Mr. Angulo Cifuentes and his family have struggled financially. Despite growing up in a dangerous and impoverished community, he and his family always had shelter. Their home is constructed of wood and straw and is elevated on stilts to prevent water from flooding it. (Exhibit B). To say Mr. Angulo Cifuentes grew up in extreme poverty is an understatement. He remembers not having backpack or clothes to attend school. His teachers often

offered to buy him shoes and schoolbooks. Unfortunately, as it happens with most families culturally and economically similarly situated to Mr. Angulo Cifuentes, their living conditions forced Mr. Angulo Cifuentes to drop out of school and begin working as a fisherman. Since the age of eight years old, Mr. Angulo Cifuentes began working as a fisherman and shouldered the responsibility of providing for his family. He has been a fisherman the majority of his life and has become highly skilled in the field. Mr. Angulo Cifuentes wishes he had the opportunity to continue his education to study medicine, so that he can help more people like his mother. Regardless of these hardships, Mr. Angulo Cifuentes recalls his childhood fondly. The struggles brought his family closer together.

For 11 years, Mr. Angulo Cifuentes has been in a common-law marriage with Kelly Joanna Velasco. Their relationship has always been healthy and loving. The two share two children: Angulo-Salazar (age 8) and Alfredo (age 4). His children are his world. Although Mr. Angulo Cifuentes has lived with his elderly mother in order to care for her, he sees his children and wife often. He is currently the primary source of financial support for his mother, wife, children, and younger siblings.

Post-release, Mr. Angulo Cifuentes plans to return to his family in Colombia and regain employment as a fisherman to support his family. He has support from all his family members, and they anxiously await his return as he is a key provider for them.

### IV.    NATURE AND CIRCUMSTANCES OF THE OFFENSE

Mr. Angulo Cifuentes participation in the instant offense was premised entirely on an agreement he had with an individual not charged in this case. His participation only contemplated traveling to fish, once Mr. Angulo Cifuentes realized the truth behind the reason for the trip, his participation was limited to making sure the boat functioned properly. His level of participation was no different than that of the other men on the boat, with the exception of one. By the time he

realized they would not be fishing he could not back out. He had received a substantial sum of money upfront and did not have the ability to pay it back. He did not see a way out but to continue on the voyage as instructed.

Mr. Angulo Cifuentes had no hand in planning the drug trafficking scheme underlying this matter. He played no part in charting or deciding the nautical route. He was not the captain. He stood to gain no share of the profits to be realized from the sales of the drugs. More importantly, he did not have control of the vessel. For those reasons, Mr. Angulo Cifuentes urges the Court to consider a reduction for minor role.

Despite playing such a minor and relatively innocent role in the overall conspiracy, Mr. Angulo Cifuentes readily accepted responsibility for his actions. He recognizes that he should have been more careful in involving himself with individuals of unverified repute. He now realizes that his reckless decision-making in accepting the tradeoff has negatively impacted his family, causing significant emotional and financial issues. Having learned from this experience, Mr. Angulo Cifuentes looks forward to returning to Columbia to be with family and to use this experience to prevent others from making the same mistakes.

The court should consider the impact of prison on Mr. Angulo Cifuentes as well as the effect on his family. Mr. Angulo Cifuentes is a Columbian national with no ties to the United States. His family lives in Columbia and has no proficiency of the English language. His family was shocked to hear about this offense. They believe that he is a good man and does not understand his involvement in the instant offense.

Mr. Angulo Cifuentes' conduct in the instant offence is a direct result of his financial burden of providing for his entire family. He hoped that he would be able to repair their home, pay the family's bills and improve his family members' lives. However, he now realizes that his conduct has had the opposite effect and has left his family in a worse position. Now that he is incarcerated, he has lost the ability to support his family in any way.

After years of struggling to make ends meet, Mr. Angulo Cifuentes made a poor decision. His decision was solely rooted in an effort to provide for his family. In spite of this, he deeply regrets his conduct. He is remorseful and has seen the pain his arrest continues to cause. He understands that he is now in a worse position than before.

For the reasons set forth above, Mr. Angulo Cifuentes requests that the court allow for a further downward departure and a resulting sentence of fifty-seven months.

A. *Imposition of a Sentence That Is Sufficient, But Not Greater Than Necessary*

The requested sentence is sufficient considering Mr. Angulo Cifuentes background, criminal history, acceptance of responsibility, and remorse.

B. *Advisory Sentencing Guideline Calculation*

Mr. Angulo Cifuentes agrees with the offense level computation as indicated in the plea agreement:

Base Offense Level: …………………………… 38

Acceptance of Responsibility: ………………… -3

Safety Valve:……………………………………-2

Combination of Circumstances/Appeal Waiver..-4

C. *Factors Diminishing Risk of Recidivism*

Mr. Angulo Cifuentes is a devoted father, loyal son, and hard-working employee; he has worked tirelessly to provide for himself and his family since he was a child. He hopes to one day make his children proud and provide a better life for them. He has thought of his family every day since his arrest and never wants to risk incarceration again. Upon release, he vows to return to Columbia and start a better life for himself and his family.

**V.    SENTENCING UNDER BOOKER AND §3553**

1    After *United States v. Booker*,[1] the United States Sentencing Guidelines are

2    advisory only, representing but one factor among many to be considered in

3    imposing sentence under 18 U.S.C. § 3553(a).  The Supreme Court has held that

4    "it has been uniform and constant in the federal judicial tradition for the sentencing

5    judge to consider every convicted person as an individual and every case as a

6    unique study in the human failings that sometimes mitigate, sometimes magnify,

7    the crime and the punishment to ensue."[2]

8    Title 18 U.S.C. §3553(a)(1) directs the Court to consider the nature and

9    circumstance of the offense and personal history and characteristics of Mr. Angulo

10   Cifuentes when determining the sentence imposed. The circumstances of the

11   offense and his characteristics combine to make the recommended sentence

12   sufficient but not one day greater than necessary to accomplish the sentencing

13   goals advanced in § 3553.

14   Mr. Angulo Cifuentes is remorseful for his participation in this offense. He

15   deeply regrets the pain this arrest caused his family. He hopes to become a better

16   father, brother, and son for his family.

17

18   ## VI.    CONCLUSION

19   For the above reasons, Mr. Angulo Cifuentes respectfully requests a

20   custodial sentence of fifty-seven months.

21

22   Date:  April 27, 2023                    Respectfully submitted,

23                                            */s/ Fernanda Ezquerro*

24                                            Fernanda Ezquerro,

25                                            Attorney for Mr. Angulo Cifuentes

26

27

28   [1] 543 U.S. 220 (2005).
     [2] *Koon v. United States*, 518 U.S. 81, 113 (1996).

DEFENDANT'S SENTENCING MEMORANDUM - 6

# EXHIBIT A



Escaneado con CamScanner



Escaneado con CamScanner



Escaneado con CamScanner



Escaneado con CamScanner

# EXHIBIT B

Good morning, Sir (a) judge to ask you to please release my husband who I am very concerned about him.  Our children do not stop asking about him crying for their father that when is he arriving.

Ask for that disease that he has me super worried collaborate with me please he is not bad he is a good boy, good husband, good son, and good father.

Please release my husband we are super worried about him. His mother asks me every time about him when is he arriving.  I ask God and you that soon he will be with his family, and we need him very much. He is a good much. I must go to conch and fish to be able to give a bite of food to our children. I hope that you please will release that soon he will be with us.


I am his wife: Kelly Johana Salazar

Buenos dia señor(a) jusgado para pedirle
que por favor liveren a mi esposo que
estoy muy preocupada por el nuestros
hyos no dejan de preguntar por el llorando
por su padre que si cuando llega.

Pedirle por esa enfermeda que tiene
que me tiene super preocupada colavare-
me por favor el no es malo el es un
buen muchacho, buen esposo, buen, hyo,
buen padre.

Por favor libere a mi esposo estamos
super preocupado por el su madre a cada
rato me pregunta por el cuando llega
yo le pido a dios y a usted que pronto
este con su familia nos hace mucha
falta el es un buen mucho me toca
que ir a conchar y a pescar para poder
de darle un bocado de comida anuestros
hyos yo espero que por favor lo
liveren que pronto este con nosotro

Soy su esposa: Kelly Johana Salazar

Escaneado con CamScanner

Maria Angulo, I miss my brother Julio Aldfredo Angulo Cifuente because he is a brother with a good heart, hardworking, and was responsible for his family.

Because we siblings remained without a father, with the little, he earned it was enough to support the family, but we find him sad, because we do not know how his health is, because he was sick and that is why we ask that my brother is returned close to us and his family. Because we worry, that nothing bad happens to him and he has two children. They ask their mother for him, and they are sad because their father is not home. That is why we ask from the heart the place where he is at or in the hands that he is with, we ask that he is cared for and to collaborate with those children and his siblings. That is why we ask that you collaborate with all the love. That are brother return home soon and, we want you to have compassion for these children and his family because we his siblings do not have the means to help his children that is why we ask that you collaborate, because his children depend on him and his family.


We love you Julio Alfredo from his children and family we want you at home brother.

Maria Angulo estraño a mi hermano
Julio Alfredo Angulo Cifuente porque
el es un hermano de buen Corazón
trabajador era responsable de su fa-
milia.

Porque nosotro los hermano quedamos
sin padre Con lo poco que él hacia era
para sostener la familia pero lo encon-
tramos triste porque no sabemos como se
encuentra de salud porque el estaba un
poco enfermo y por eso le pedimos
que lo queremos devuelta a mi her-
mano serca de nosotro y de su fami
lia.

Porque nos precupa que no le valla a
pasar nada malo y tiene dos hijo y le
pregunta a su mama por el y se mantie-
nen triste al ver que su papa no esta
en casa
por eso le pedimos de Corazón que el.
lugar donde se encuentre o en los mano

Escaneado con CamScanner

Good day Judge to ask you that please we are worried about our brother that is to say my mother is very worried to see that our brother is far from his family and does not stop crying remembering his children and her heart is destroyed to hear her son is sick.

Our brother is a good person. He has helped a lot and what he has lived has been shown by the responsibility of taking care of his family and no matter what happens you cannot abandon the persons you love.  But you do not know how it feels when a member of your family is locked in a prison and to know more that he is sick. One feels very bad not to have him around and share the rest of his life together with his family.

de quien se encuentre o en las manos
de quién esta y le pedimos que lo cuiden
y le colavoren a esos niños y alos hermano
por eso le pedimos que nos colavoren con
todo el amor.

Que nuestro hermano llegue pronto a casa
y tambien queremos que tengan compa-
sion de esto niños y su familia porque
nosotro los hermano no tenemos como
ayudarle a sus hijos por eso le pedimos
que nos colavoren porque de el depende
sus hijos y su familia.

te queremos mucho Julio Alfredo de
parte de sus hijo y familia te quere-
mos en casa hermano.

Escaneado con CamScanner

Buenos dias señor Jusgado para pedir.
le que a por favor estamo preocupado por
nuestro herrmano, es decir mi madre esta
muy preocupada al ver que nuestro
herrmano esta lejos de su familia y no
para de llorar al acordarse de su hijos
y le destrosa el corazon al escuchar quesu
hijo esta enfermo.

Nuestro herrmano es una buena persona
lo ha ayudado mucho y lo que a nos
vivido lo ha demostrado la responsabili-
dad de cuidar a su familia y pase lo que
pase no puedes abandonar las personas
que amas. Pero no sabe como se siente
que un miembro de su familia este ense-
rrado en una prision y saber más que este
enfermo, uno se siente muy mal a no
tenerlo cerca y compartir el resto de su
vida juntos con su familia

Escaneado con CamScanner

San Francisco de Sales Pastoral Zone in Mosquero NariñoDiocesis de Tumaco

The undersigned administrator of the San Francisco de Sales Pastoral Zone in Mosquera Nariño, certifies that:

Knows Mr. JULIO AFREDO ANGULO CIFUENTES. He is  the son of Pedro Angulo and Guillermina Cifuentes. His siblings are Victor, Daniel, Pedro and Dina. That he is a neighbor of this municipality and was born in the village of Salango and address is in the village of La Pampa. That he has qualities such as respect and kindness and that his family is helpful and very hardworking.

Pbro. Jaime Alexander Cordoba Alzate

Administrator of the pastoral area san francisco de Sales in Mosquera.

Phone 3207768048

Email: cordobalzate2010@hotmail.com

Given in Mosquera Nariño on the nine days of september 2022

Zona Pastoral San Francisco de Sales en Mosquera Nariño

 

El suscrito administrador de la Zona Pastoral San Francisco de Sales en Mosquera Nariño, certifica que:

Conoce al señor JULIO ALFREDO ANGULO CIFUENTES. Que es hijo de Pedro Angulo y Guillermina Cifuentes. Sus hermanos son Víctor, Daniel, Pedro y Dina. Que es vecino de esta municipalidad y nació en la vereda Salango y su domicilio está en la vereda la Pampa. Que tiene cualidades como el respeto y la amabilidad y que su familia es servicial y muy trabajadora.

**Pbro. Jaime Alexander Córdoba Alzate**
**Administrador de la zona pastoral san francisco de Sales en Mosquera**
**Tel. 3207768048**
**Email: cordobalzate2010@hotmail.com**

Dado en Mosquera Nariño a los nueve días del mes de septiembre de 2022