**James M. Chavez**
California State Bar No. 255766
Law Office of James M. Chavez
110 West A Street, Suite 1075
San Diego, California 92101
T: (619) 894-6464
james@jameschavezlaw.com

Attorney for **Defendant Jose Quinones Perlaza**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>JOSE QUINONES PERLAZA,<br><br>       Defendants. | CASE NO.:  21-CR-3608-CAB<br><br>**MR. QUINONES' SENTENCING MEMORANDUM** |

## I.    Recommended sentence

Mr. Quinones merits a shorter sentence than his co-defendants, because he was the least culpable among them. He requests a sentence of 30 months, which would be consistent with the prior sentencing practices of this Court for large-load, international-waters, cocaine cases.

Mr. Barajas-Santos (to be sentenced) and Mr. Segura-Valencia (sentenced to 96 months) are recidivist drug smugglers; Mr. Quinones is not. Mr. Angulo-Cifuentes (sentenced to 60 months) was the self-identified (and identified by others) captain of the boat. While Mr. Quinones understands that he may not be "substantially" less culpable to merit a six-level reduction, he is, in fact, less culpable than his co-defendants and should receive a shorter sentence than any of them under 18 U.S.C. § 3553(a).

Even the USAO recognizes that Mr. Quinones is the least culpable, recommending the shortest sentence for him of any of his co-defendants.

## II.     Relevant offense facts: Mr. Quiones had a subordinate role

Unlike some of his co-defendants, Mr. Quinones only required one meeting at the USAO to qualify for safety valve. It was not difficult for Mr. Quinones to be honest, because his knowledge of drug smuggling, relative to his co-defendants, was quite limited. Mr. Quinones had nothing to hide: he is a young man who was in desperate financial circumstances who was accustomed to being on a boat.

Mr. Quinones was the junior member of the crew. This was his first involvement in drug smuggling. It was his job to do as he was told. Mr. Quinones watched Mr. Angulo-Cifuentes communicate with the coordinators over electronic devices to chart their course. Mr. Quinones did not participate in these electronic communications; in part, because Mr. Quinones is largely illiterate. PSR ¶ 16. Mr. Quinones took turns driving the boat when he was told, but he was not navigating. Rather, he drove the boat in the direction in which was told. Mr. Quinones witnessed Mr. Segura-Valencia doing mechanical work on the boat; Mr. Quinones did none.

Mr. Quinones inferior role relative to his co-defendants resulted in him keeping his mouth shut with U.S. officials boarded the boat he was on. Per the PSR,

> None of the persons on board claimed to be the master of the vessel; however, ANGULO was designated the master by USCG when he acknowledged that they did not wish to make a claim of nationality for the vessel. When queried about the purpose of the voyage, ANGULO stated they were "bringing coke."

PSR ¶ 6.

The discovery in this case is consistent with the Probation Officer's summary regarding the lack of claim of nationality. But, per bates 26, Mr. Angulo-Cifuentes claimed to be the captain: "Julio Alfredo Angulo Cifuentes claimed that he was the master and he did not wish to make a claim of nationality for the vessel."

Upon arrival in Florida, Mr. Segura-Valencia was the only one to waive his *Miranda* rights and talk. During this post-arrest statement, Mr. Segura-Valencia

confirmed that he was the mechanic and Mr. Angulo-Cifuentes was the captain, he "reported that the heavy-set Colombian was the captain of the vessel. SEGURA's job was as the vessel's engine mechanic" PSR ¶ 11. Notably, Mr. Quinones is a very trim young man with narrow facial features, a build reflecting the many meals he has missed due to poverty. In contrast, Mr. Angulo-Cifuentes has a round face. This confirms that Mr. Angulo-Cifuentes was the captain; and that Mr. Quinones had a subordinate role.

### III. A quibble with the USAO sentencing memorandum

It its sentencing memorandum for Mr. Quinones, the prosecutor stated:

> Smuggling at sea is not a simple matter of plugging the coordinates into Google Maps. These vessels have no auto-pilot. Instead, QUINONES and his co-defendants would chart or map out their course and consciously decide whether to adjust course or speed.

Doc. No. 97, page 8, lns. 7-10. But this is not 100 percent accurate. Mr. Quinones was not charting or mapping out their course. Again, he is illiterate. PSR ¶ 16 and 53. When Mr. Quinones was told that it was his turn to drive, he drove the boat in the direction he was told.

### IV. Motivation for committing the offense: too many mouths to feed on a fisherman's income



Like so many, desperate poverty was Mr. Quinones's motivation. He is a fisherman. During the two good months per year for fishing, he earns about $70 per month. Through back breaking work, he supports his partner, their children, his mother, and siblings. Mr. Quinones works hard so that his kids can go to school and get an education; so they do not end up an illiterate fisherman like himself. In the season leading up to his arrest, the fishing was especially poor due to excessive commercial fishing. PSR ¶ 16.

*The first image on Google Maps for Mr. Quinones hometown*

Mr. Quinones is beloved by his family and respected by his friends.

### V. Mr. Quinones' life since his arrest

Mr. Quinones is depressed. He has refused attorney visits, not over anger, but over hopelessness. During meetings with his attorney, he is despondent, quiet, and subdued Part of this depression has been driven by the loss of his father who died shortly after Mr. Quinones' arrest. The other part is missing his wife and kids.

Despite the daily gloom, he gets up to go to work in the kitchen every day, earning less than a dollar per hour. Each time counsel sees him, Mr. Quinones has new injuries/burns from the kitchen equipment. Mr. Quinones utilizes every singe one of his free calls from CCA to call his wife and kids, trying to main his connection to them and to serve as a father and husband.



*Mr. Quinones' daughter in their wooden home, with plastic furniture and a corrugated metal roof*



*Mr. Quinones and his adoring wife*

## VI. A 30-month sentence would be consistent with this Court's prior sentences in similar large-load, international-waters, cocaine cases

A 30-month sentence for Mr. Quinones would not be far off from the 48-month sentence this Court imposed in 18cr666-CAB on Defendant 3. That case involved 1,731 kg of cocaine, nearly double the amount in Mr. Quinones' case. More recently, this Court imposed 42-months on defendant 4 in 20cr763-CAB, although it involved less cocaine (340 kg). Finally, back in 2016, this Court gave sentences of 37 months, 405 days, and 37 months respectively to the three defendants in 15-cr-01796-CAB, a case that involved over 100 kg of cocaine (in that case the defendants failed to yield and jettisoned the cocaine from their boat). Doc. No. 1.

## VII. Conclusion

As the PSR states:

QUINONES reportedly endured a very difficult upbringing marked by *extreme poverty*. The defendant noted his *lack of education* is a limiting factor regarding employment in Colombia; however, he is willing to make positive changes in his life to improve his future, such as pursuing an education to expand his employment prospects in Colombia.

PSR ¶ 72 (emphasis added). The PSR then makes a sentencing recommendation of 51 months below the low end of the guidelines range as calculated in the PSR.

The Court is never going to see Mr. Quinones again. He has been enduring depression ever since his arrest. This is the first time he has ever experienced depression. He wants nothing more than to return to his family. He prays daily that he will return soon enough that they will want him back too.

DATED: June 6, 2023      Respectfully submitted,

*s/James Chavez*
JAMES CHAVEZ
Counsel for Jose Quinones Perlaza